# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Allegiant Marketing Group Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| May Avenue Ford Avenue LLC, Chad ) | Case No. 5:12-cv-01212-HE |
| Brooks, Accelerated Dealer Services ) | |
| LLC, Platinum Printing Plus LLC, M&N ) | |
| Dealerships V LLC, Veugeler Design ) | |
| Group Inc., M&N Dealerships IV LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Allegiant Marketing, Inc. and Defendants Accelerated Dealer Services, LLC, Chad Brooks and Veugeler Design Group, Inc. hereby stipulate to the dismissal of all claims and counterclaims with prejudice asserted or which could have been asserted in Civil Action File No. 5:12-cv-01212-HE as among the foregoing parties.

Respectfully Submitted,

s/Edward L. White_____
Edward L. White, OBA #16549
Edward L. White, P.C.
825 East 33rd Street
Edmond, Oklahoma 73013
Telephone: (405) 810-8188
Facsimile: (405) 608-0971
Email: ed@edwhitelaw.com
Counsel for Plaintiff

1

        s/Drew T. Palmer
*Signed with permission by Ed White*
Drew T. Palmer, OBA #21317
Evan G. Vincent, OBA #22325
Attorneys for Defendants Accelerated Dealer Services, LLC and Chad Brooks
CROWE & DUNLEVY
A Professional Corporation
20 North Broadway
Suite 1800
Oklahoma City, OK73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
drew.palmer@crowedunlevy.com
evan.vincent@crowedunlevy.com
Counsel for ADS and Chad Brooks


        s/D. Ward Hobson
*Signed with permission by Ed White*
Emily E. Campbell, OBA #21622
ecampbell@dunlapcodding.com
Joseph P. Titterington, OBA #9033
jtitterington@dunlapcodding.com
D. Ward Hobson, OBA #21698
whobson@dunlapcodding.com
Dunlap Codding, P.C.
609 W. Sheridan Ave.
Oklahoma City, OK 73102
(405)607-8600
(405)607-8686 (Facsimile)

## CERTIFICATE OF SERVICE

☑ I hereby certify that on this 1st day of March, 2014, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

☐ I hereby certify that on this _____ day of March, 2014, I served the same document by:

| ☐ U.S. Postal Service | ☐ Courier Service | ☐ In Person Delivery | ☐ Email |
|---|---|---|---|

on the following, who are not registered participants of the ECF system:

James L. Gibbs, II
jgibbs@gphglaw.com

Kyle D Evans
kevans@fellerssnider.com

Timothy A. Heefner
theefner@gphglaw.com

Douglas J. Sorocco
dsorocco@dunlapcodding.com

Joseph P. Titterington
jtitterington@dulapcodding.com

Greg A. Castro
gcastro@fellerssnider.com

Jared B. Cunningham
jared@handclaw.com

Terry W. Tippens
ttippens@fellssnider.com

D. Ward Hobson
whobson@dulapcodding.com

Emily E. Campbell
ecampbell@dulapcodding.com

s/Edward L. White