# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Allegiant Marketing Group Inc., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| May Avenue Ford Avenue LLC, Chad Brooks, Accelerated Dealer Services LLC, Platinum Printing Plus LLC, M&N Dealerships V LLC, Veugeler Design Group Inc., M&N Dealerships IV LLC, | ) Case No. 5:12-cv-01212-HE ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL

Plaintiff, Allegiant Marketing, Inc. and Defendant, Platinum Printing Plus, LLC hereby stipulate to the dismissal of all claims and counterclaims with prejudice asserted or which could have been asserted in Civil Action File No. 5:12-cv-01212-HE as between the foregoing parties.

Respectfully Submitted,

*s/Edward L. White*
Edward L. White, OBA #16549
EDWARD L. WHITE, P.C.
825 East 33rd Street
Edmond, Oklahoma 73013
Telephone: (405) 810-8188
Facsimile: (405) 608-0971
Email: ed@edwhitelaw.com
Counsel for Plaintiff

*/s/ Greg A. Castro*
*Filed by ELW with Permission*
Terry W. Tippens, OBA # 9027
Greg A. Castro, OBA # 11787
Kyle D. Evans, OBA # 22135
F<small>ELLERS</small>, S<small>NIDER</small>, B<small>LAKENSHIP</small>, B<small>AILEY</small> & T<small>IPPENS</small>
100 North Broadway, Ste. 1700
Oklahoma City, OK 73102-8820
Telephone: (405) 232-0621
Facsimile: (405) 232-9659
Email: ttippens@fellerssnider.com
Email: gcastro@fellerssnider.com
Email: kevans@fellerssnider.com
*Attorneys for Defendant, Platinum Plus Printing, LLC*

CERTIFICATE OF SERVICE

☑ I hereby certify that on this 13<small>th</small> day of March, 2014, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

James L. Gibbs, II
jgibbs@gphglaw.com

Kyle D Evans
kevans@fellerssnider.com

Timothy A. Heefner
theefner@gphglaw.com

Douglas J. Sorocco
dsorocco@dunlapcodding.com

Joseph P. Titterington
jtitterington@dulapcodding.com

Greg A. Castro
gcastro@fellerssnider.com

Jared B. Cunningham
jared@handclaw.com

Terry W. Tippens
ttippens@fellssnider.com

D. Ward Hobson
whobson@dulapcodding.com

Emily E. Campbell
ecampbell@dulapcodding.com

*s/Edward L. White*