IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Allegiant Marketing Group Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| May Avenue Ford LLC, Chad Brooks, ) | Case No.  5:12-cv-01212-HE |
| Accelerated Dealer Services LLC, ) | |
| Platinum Printing Plus LLC, M&N ) | |
| Dealerships V LLC, Veugeler Design ) | |
| Group Inc., M&N Dealerships IV LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Allegiant Marketing, Inc. and Defendants M&N Dealerships IV, LLC; M&N Dealerships V, LLC; and May Avenue Ford, LLC  hereby stipulate to the dismissal of all claims and counterclaims with prejudice asserted or which could have been asserted in Civil Action File No. 5:12-cv-01212-HE as among the foregoing parties.

Respectfully Submitted,

s/Edward L. White
Edward L. White, OBA #16549
Edward L. White, P.C.
825 East 33rd Street
Edmond, Oklahoma 73013
Telephone: (405) 810-8188
Facsimile: (405) 608-0971
Email: ed@edwhitelaw.com
Counsel for Plaintiff

/s/ Timothy A. Heefner *(by permission)*
Timothy A. Heefner, OBA #17524
James L. Gibbs, II, OBA # 15689
Goolsby, Proctor, Heefner & Gibbs, PC
701 N. Broadway, Suite 400
Oklahoma City, OK 73102
Telephone: (405) 524-2400
Facsimile: (405) 525-6004
theefner@gphglaw.com
jgibbs@gphglaw.com
Attorneys for Defendants
M&N Dealerships IV, LLC
M&N Dealerships V, LLC
May Avenue Ford, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2014, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Edward L. White, Drew T. Palmer, Evan G. E. Vincent, Jared B. Cunningham, Greg A. Castro, Kyle D. Evans, Terry W. Tippens, D. Ward Hobson, Douglas J. Sorocco, Emily E. Campbell and Joseph P. Titterington.

*s/ Edward L. White*